# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT PADUCAH

PAUL KORDENBROCK                                              PETITIONER

v.                                      CIVIL ACTION NO. 5:10-CV-P205-R

J. MICHAEL BROWN et al.                                      RESPONDENTS

## MEMORANDUM AND ORDER

Petitioner, Paul Kordenbrock, has filed a petition and supporting memorandum which he styles as a writ for a declaratory decree pursuant to 28 U.S.C. §§ 2201–02 (DN 1).  He states that the "primary jurisdiction" invoked for his case is the federal Declaratory Judgment Act.  He states that the secondary vehicles for jurisdiction in this action are 28 U.S.C. § 2241, 28 U.S.C. § 2254, and 42 U.S.C. § 1983.  He further states, "There are 'numerous' secondary Vehicles in this case which considered individually, and collectively, warrant relief to the Petitioner; including Habeas Corpus.  The law is unsettled in which avenue is the proper avenue to take for the relief sought."

The Declaratory Judgment Act is an "enabling Act, which confers a discretion on the courts rather than an absolute right upon the litigant" to have a case heard in federal court. *Wilton v. Seven Falls Co.*, 515 U.S. 277, 287 (1995) (quoting *Public Serv. Comm'n v. Wycoff Co.*, 344 U.S. 237, 241 (1952)); *Aetna Cas. & Sur. Co. v. Sunshine Corp.*, 74 F.3d 685, 687 (6th Cir. 1996).  The Act does not provide an independent basis for federal jurisdiction.  *Victor Foods, Inc. v. Crossroads Econ. Dev. of St. Charles County, Inc.*, 977 F.2d 1224, 1227 (8th Cir. 1992) (per curiam).  Before invoking the Declaratory Judgment Act, a federal court must "have jurisdiction already" under some other federal statute.  *Heydon v. MediaOne of S.E. Mich., Inc.*, 327 F.3d 466, 470 (6th Cir. 2003).  In short, Petitioner cannot invoke the Declaratory Judgment

Act as the "primary vehicle" for this Court's jurisdiction.  Therefore, he must choose on which of what he calls "secondary vehicles" for jurisdiction he intends to rely.

**IT IS THEREFORE ORDERED** that **within 30 days** of the entry of this Order, Petitioner shall, should he wish to continue with this action, file either a § 2241 or § 2254 petition or a § 1983 complaint.  The Clerk of Court is instructed to send to Petitioner with this Order copies of this Court's § 2254 and prisoner § 1983 packets with this case number affixed on those forms.[1]

Date:

cc:     Petitioner, *pro se*

4413.009

---

[1] This Court does not have a form for filing under § 2241.